```
BENJAMIN B. WAGNER
United States Attorney
Kathleen Anne Servatius
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID FIGUEROA-HERNANDEZ, ) <br> aka David Figueroa Hernandez, ) <br> ) <br> Defendant. ) <br> _____ | Case No. 01:00CR5395 AWI <br><br> MOTION AND ORDER TO DISMISS INDICTMENT |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and Kathleen Anne Servatius, Assistant United States Attorney, hereby seek leave of court and move to dismiss the indictment in this case without prejudice, as to the above-named defendant, in the interest of justice.

DATED: April 6, 2012              Respectfully submitted,
                                  BENJAMIN B. WAGNER
                                  United States Attorney

                            By:   /s/ Kathleen Anne Servatius
                                  KATHLEEN ANNE SERVATIUS
                                  Assistant U.S. Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated: _____April 6, 2012_____  _____
                                 CHIEF UNITED STATES DISTRICT JUDGE