BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
Room 4-401
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARTURO ALEX GARCIA,<br><br>　　　　　Defendant, and<br><br>MARTIN SANDOVAL AND<br>ADRIENNE M OSUNA,<br><br>　　　　　Sureties. | 1:00-cr-05395-AWI<br><br>ORDER DECLARING REVOCATION AND FORFEITURE OF BOND |

　　　The defendant having violated the conditions of his release, and his current whereabouts are unknown,

　　　IT IS HEREBY ORDERED that the appearance bond on the above-named defendant is revoked and ordered forfeit. The U.S. Attorney shall take all necessary steps in regard to forfeiture of the property or monies posted with the Court to secure the bond.

IT IS SO ORDERED.

**Dated:　August 15, 2013**　　　　　　/s/　Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1