BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
Room 4-401
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID FIGUEROA<br><br>        Defendant, and<br><br>RAFAEL SOSA,<br><br>        Sureties. | 1:00-cr-05395-AWI<br><br>ORDER DIRECTING ENTRY OF FINAL JUDGMENT OF FORFEITURE OF BOND |

The Honorable Robert E. Coyle declared the bond of David Figuero-Hernandez forfeit on June 11, 2002 after the defendant failed to appear and a bench warrant was issued for him. On March 25, 2005, Rafael Sosa and the United States of America agreed to reconvey the real property posted for the bond in exchange for the forfeiture of $16,000 cash which was accomplished on May 5, 2005.

IT IS HEREBY ORDERED, that the Clerk of the United States District Court is hereby directed to enter judgment against the defendant David Figueroa-Hernandez, as principal, and Rafael Sosa, as surety, in the amount of Sixteen Thousand Dollars ($ 16,000). The $16,000 collateral is ordered forfeited to the Court.

IT IS SO ORDERED.

Dated: **August 15, 2013**      /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE